IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                     Civil No. 02-4025

PHILLIP J. WILLIAMS; LaSHAWNDA CLARK,
f/k/a LaSHAWNDA WILLIAMS; and
ARKANSAS STATE LAND COMMISSIONER,
    Defendants.

## ORDER

Comes on for consideration the motion of the United States of America to re-open the above-captioned matter. (ECF No. 17). There being no responses filed to the motion, and the defendants, Phillip J. Williams and LaShawnda Clark, f/k/a LaShawnda Williams, having been served a copy of the motion, which was returned as "Return to Sender, Not Deliverable as Addressed, Unable to Forward", the Court hereby finds:

The motion should be and hereby is **GRANTED**. IT IS THEREFORE ORDERED that the above matter be re-opened for the United States of America to pursue its foreclosure action against the Defendants, Phillip J. Williams and LaShawnda Clark.

ORDERED this 7th day of April, 2014.

                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        United States District Judge