IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
        Plaintiff

vs.                                                    Civil No. 02-4025

PHILLIP J. WILLIAMS; LaSHAWNDA CLARK,
f/k/a LaSHAWNDA WILLIAMS; WILLIE CLARK,
HUSBAND OF LaSHAWNDA CLARK,
WALKER RENTAL PROPERTY, INC., and
ARKANSAS STATE LAND COMMISSIONER,
        Defendants

## ORDER OF DEFAULT

On this day comes before the Court the Motion for Default Judgment filed by the Plaintiff United States of America as to Walker Rental Property, Inc., and LaShawnda Clark, and from the statements contained in said Motion and Affidavits, as well as a review of the record, from all of which, the Court finds:

1.     The Amended Complaint in this action was filed on October 24, 2014, naming LaShawnda Clark and Walker Rental Property, Inc., as Defendants, among others.

2.     On or about October 28, 2014, Defendant Walker Rental Property, Inc. received service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure; said service being accomplished via certified mail.

3.     On or about October 31, 2014, Separate Defendant LaShawnda Clark received service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure; said service being accomplished via certified mail.

4. More than twenty (20) days have expired since Separate Defendants LaShawnda Clark and Walker Rental Property, Inc. were served and yet they have filed no answer as required by Rule 4 of the Federal Rules of Civil Procedure and the specific terms of the Summons which were served with the Complaint upon said Separate Defendants.

5. Given that the time within which to answer has expired, pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Plaintiff United States of America is entitled to a Default Judgment for the relief as prayed for in the Complaint against the Separate Defendants, LaShawnda Clark and Walker Rental Property, Inc.

6. For good cause shown, the Court finds the Motion for Default Judgment should be granted.

IT IS THEREFORE, ORDERED, default judgment is hereby granted in favor of the Plaintiff United States of America against the Separate Defendants LaShawnda Clark and Walker Rental Property, Inc., *in rem* only as prayed for within the Amended Complaint.

IT IS SO ORDERED this 26th day of January, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 2 6 2015

CHRIS R. JOHNSON, Clerk

DEPUTY CLERK