IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF


v.                                            CASE NO. 4:02-cv-4025

PHILLIP J. WILLIAMS; LaSHAWNDA CLARK,
f/k/a LaSHAWNDA WILLIAMS; WILLIE CLARK,
HUSBAND OF LaSHAWNDA CLARK,
WALKER RENTAL PROPERTY, INC.,
STATE OFARKANSAS, DEPT. of FINANCE
and ADMINISTRATION, OFFICE of CHILD
SUPPORT ENFORCEMENT, STEPHANIE
WILLIAMS, CONTREATA ROBINSON, and
ARKANSAS STATE LAND COMMISSIONER                                    DEFENDANTS


## ORDER AND JUDGMENT OF DEFAULT

On this day comes before the Court the Motion for Default Judgment (ECF No. 59) filed by the Plaintiff United States of America as to Stephanie Williams, and from the statements contained in said Motion as well as a review of the record, from all of which, the Court finds:

1.     The Second Amended Complaint in this action was filed on January 27, 2016, naming Phillip J. Williams and Stephanie Williams as Defendants, among others.

2.     On May 25, 2016, the United States of America filed its Motion for Service by Publication setting forth its inability to obtain service upon Stephanie Williams despite its diligent efforts as set forth therein. (ECF No. 56). On July 15, 2016, this Court entered its Order directing service upon Stephanie Williams by publication, and providing that Stephanie Williams shall appear or plead in this case on or before September 16, 2016. (ECF No. 57).

3. As directed by the Court, the United States caused said Order to be published in a newspaper having a general circulation in Hempstead County, Arkansas, once weekly for six consecutive weeks. (ECF No. 58).

4. Separate Defendant, Stephanie Williams, has failed to appear, plead or otherwise appear as ordered by this Court, and is in default.

5. Given that the time within which to appear, plead or otherwise appear has expired, pursuant to Rule 55 of the Federal Rules of Civil Procedure, the United States is entitled to a Default Judgment for the relief as prayed for in the Complaint against the Separate Defendant, Stephanie Williams, *in rem* only.

6. For good cause shown, the Court finds the Motion for Default Judgment should be granted.

IT IS THEREFORE, ORDERED, default judgment is hereby granted in favor of the Plaintiff United States of America against the Separate Defendant, Stephanie Williams, *in rem* only as prayed for within the Second Amended Complaint.

IT IS SO ORDERED this 25th day of October, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge