IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          CASE NO. 4:02-cv-4025-SOH

PHILLIP J. WILLIAMS; LaSHAWNDA CLARK,
f/k/a LaSHAWNDA WILLIAMS; WILLIE CLARK,
HUSBAND OF LaSHAWNDA CLARK,
WALKER RENTAL PROPERTY, INC.,
STATE OF ARKANSAS, DEPT. of FINANCE
and ADMINISTRATION, OFFICE of CHILD
SUPPORT ENFORCEMENT; STEPHANIE
WILLIAMS; CONTREATA ROBINSON; and
ARKANSAS STATE LAND COMMISSIONER                                      DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED

Harold M. Oglesby, United States Marshal for the Western District of Arkansas, has produced to the Court his deed to Willie Walker. The purchase of the real property described in the deed is approved. Marshal Oglesby acknowledges that he has executed the deed to the purchaser for the consideration and purposes mentioned and set forth in the deed. The Clerk shall attach a copy of this Order to the deed and certify it under the seal of the Court for recording.

**IT IS SO ORDERED**, this 12th day of April, 2017.

                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            United States District Judge