IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                        CASE NO. 4:02-cv-4025-SOH

PHILLIP J. WILLIAMS; LaSHAWNDA CLARK,
f/k/a LaSHAWNDA WILLIAMS; WILLIE CLARK,
HUSBAND OF LaSHAWNDA CLARK,
WALKER RENTAL PROPERTY, INC.,
STATE OF ARKANSAS, DEPT. of FINANCE
and ADMINISTRATION, OFFICE of CHILD
SUPPORT ENFORCEMENT; STEPHANIE
WILLIAMS; CONTREATA ROBINSON; and
ARKANSAS STATE LAND COMMISSIONER                                      DEFENDANTS

ORDER OF DISTRIBUTION

United States Marshal sold land described in the judgment for this case on the morning of February 16, 2017 at the main door of the Hempstead County Courthouse, Hope, Arkansas. Because Willie Walker was the highest bidder for the property, the Marshal sold the property to Mr. Walker, receiving the full payment of $1,901.00.

In performing this sale, the U.S. Marshal incurred expenses totaling $445.80. The U.S. Attorney's office also spent $2,498.80 for advertising and title work. The U.S. Marshal's office shall deduct its expenses from the money collected from the foreclosure sale buyer leaving a balance of sale funds remaining in the amount of $1,455.20. Since the remainder of funds do not cover all of the U.S. Attorney's Office's approved expenses, the U.S. Marshal is directed to

pay the remaining funds in the amount of $1,455.20 to the United States Attorney's Office for said expenses.

      **IT IS SO ORDERED**, this 12th day of April, 2017.

                                                /s/ Susan O. Hickey  
                                                Susan O. Hickey  
                                                United States District Judge